# ORIGINAL



FILED —— LODGED
—— RECEIVED

MAY 1 1 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

AMERICAN MORTGAGE
EDUCATORS, INC., a Washington
Corporation,

                        Plaintiff,

        v.

HARJITT SINGH GILL, a married man
in his separate capacity,

                        Defendant.

NO. **C07  5244** RBL

NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Western District of
Washington at Tacoma:

Removing party, Harjit Gill, by Jefferson Coulter of AXIOS Law Group, PLLC, his
undersigned attorney, respectfully shows this Court:



**07-CV-05244-NTC**

1.    Removing party is the defendant in the above-entitled action, No. 07-2-00897-4
      brought in the Superior Court of Washington for Thurston County.[1]

2.    On May 4, 2007, Cause No. 07-2-00897-4 was commenced against removing party in
      the Superior Court of Thurston County, State of Washington, and is now pending in
      such court.

3.    On May 9, 2007, removing party was served with a summons and complaint, together
      with a memorandum of points and authorities and an ex parte temporary restraining
      order, at Yelm, WA, by personal service.

4.    Plaintiff is a Washington corporation with a place of business at Yelm, WA, and
      defendant is a resident of the State of Washington.

5.    The above-entitled action is a civil action for business damages resulting from
      defendant's refusal to permit plaintiff to use defendant's copyrighted book, software,
      registered domain name, or trademark.

6.    This Court has original jurisdiction of the above-entitled action under 28 U.S.C.
      § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright and trademark).  This
      court has pendent and/or supplemental jurisdiction under 28 U.S.C. § 1367 for causes
      of action arising under the laws of the sate of Washington because these state law
      causes of action form part of the same case or controversy, and the action may
      therefore be removed to this Court under 28 U.S.C. §§ 1391(b)-(c) and § 1400.

---

[1] Defendant is the Plaintiff in an action for Copyright and Trademark Infringement currently before this
Court under Cause No. 3:07-CV-05229-RBL, which was served on the Plaintiff in the state court action on May 7,
2007.

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA 98122
206.957.8181

7.  Copies served on petitioner in the above-entitled action are attached hereto as Exhibit A. Copies of the Complaint filed in the Federal Action are attached hereto as Exhibit B.

8.  This notice is filed with this Court within 30 days after service on removing party of the summons and complaint in the above-entitled action.

Wherefore, removing party requests that the above-entitled action be removed from the Superior Court of Washington for Thurston County to this Court.

RESPECTFULLY SUBMITTED this the 10th day of May, 2007.

AXIOS LAW GROUP, PLLC

By: Jefferson Coulter

WSBA #28947

Attorney for Defendant Harjit Gill

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA 98122
206.957.8181

1

EXHIBIT A

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA 98122
206.957.8181



FILED
MAY 04 2007
SUPERIOR COURT
BETTY J. GOULD
THURSTON COUNTY CLERK

1
2
3
4
5
6
7   **SUPERIOR COURT OF WASHINGTON**
8   **COUNTY OF THURSTON**
9   AMERICAN MORTGAGE EDUCATORS,
    INC., a Washington corporation,                    NO.  **07-2-00897-4**
10
            Plaintiff,
11  vs.                                                SUMMONS
12  HARJIT SINGH GILL, a married man in his
    separate capacity,
13
            Defendant.
14

15
16  TO:    HARJIT SINGH GILL
17         A lawsuit has been started against you in the above-entitled court by AMERICAN MORTGAGE
18  EDUCATORS, INC., plaintiff.  Plaintiff's claim is stated in the written Complaint, a copy of which is
    served upon you with this Summons.
19         In order to defend against the lawsuit, you must respond to the complaint by stating your defense
20  in writing, and serve a copy upon the undersigned attorney for the plaintiff within 20 days after the
21  service of this Summons, or within 60 days if this Summons was served outside the State of
    Washington, excluding the day of service, or a default judgment may be entered against you without
22  notice.  A default judgment is one where the plaintiff is entitled to what it asks for because you have not
23  responded.  If you serve a notice of appearance on the undersigned attorney, you are entitled to notice
    before a default judgment may be entered.
24         You may demand that the plaintiff file the lawsuit with the court.  If you do so, the demand must
25  be in writing and must be served upon the plaintiff.  Within 14 days after the service of the demand, the
    plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will
26  be void.
27
28                                                     RAWNSLEY & FUGATE, P.C.
                                                       1115 West Bay Dr. NW, Suite 201
                                                       Olympia, WA 98502
                                                       Tel: (360) 754-1222
    SUMMONS - 1                   Fax: (360) 357-6398

1    If you wish to seek the advice of an attorney in this matter, you should do so promptly so that

2   your written response, if any, may be served on time.

3       This Summons is stated pursuant to Rule 4 of the Superior Court Civil Rules of the State of

    Washington.

4

5       DATED this ___ day of May, 2007 in Olympia, Washington.

6

7                                              Patrick W. Rawnsley, WSBA 34879

8                                              RAWNSLEY & FUGATE, P.C.
                                               Of Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                             **RAWNSLEY & FUGATE, P.C.**
                                               1115 West Bay Dr. NW, Suite 201
                                               Olympia, WA 98502
                                               Tel: (360) 754-1222
                                               Fax: (360) 357-6398

SUMMONS - 2



**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF THURSTON**

| | |
|---|---|
| AMERICAN MORTGAGE EDUCATORS, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HARJIT SINGH GILL, a married man in his separate capacity,<br><br>        Defendant. | NO.  07-2-00897-4<br><br>COMPLAINT FOR DAMAGES, INJUNCTION AND OTHER RELIEF |

COMES NOW the plaintiff, AMERICAN MORTGAGE EDUCATORS, INC., by and through its attorney of record, Patrick W. Rawnsley of RAWNSLEY & FUGATE, P.C., and by way of Complaint, alleges as follows:

### I. PARTIES

1.1    Plaintiff AMERICAN MORTGAGE EDUCATORS, INC. is a licensed Washington corporation under UBI#: 602-614-901.  Plaintiff's primary place of business is located in Yelm, Washington.

1.2    Defendant HARJIT SINGH GILL is a married man acting in his separate capacity.  Defendant, on information and belief is a resident of Thurston County, Washington.

### II. JURISDICTION AND VENUE

2.1    This court has jurisdiction over the parties and subject matter pursuant to R.C.W. 2.08.010.

2.2    Venue is proper as the acts complained of occurred in Thurston County, Washington.

### III. FACTS

3.1    Plaintiff's Articles of Incorporation were filed with the Washington Secretary of State on May

COPY

COMPLAINT FOR DAMAGES, INJUNCTION
AND OTHER RELIEF - 1

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

16, 2006. Plaintiff's shareholders are Lisa Rosenberger and Robert Rosenberger. Plaintiff created and operates a business website utilizing the domain name www.MortgageFreeUSA.com. Plaintiff's business involves the sale of books, an online software subscription, advertising space and affiliate distributorships dealing specifically mortgage reduction. Plaintiff also provides workshops and seminars regarding mortgage reduction as well as information regarding the mortgage and real estate industry.

3.2    As of this date, defendant is neither a shareholder nor an employee but was a former independent contractor of Plaintiff. Lisa Rosenberger and defendant are an estranged married couple; an action for the dissolution of their marriage is currently pending under Thurston County Superior Court cause number 07-3-00293-7;

3.3    On or about March 2, 2007, defendant withdrew from any affiliation with Plaintiff;

3.4    On or about May 2, 2007, on information and belief defendant acting with the apparent authority of the plaintiff but without the plaintiff's prior knowledge, consent or authorization, willfully and intentionally redirected plaintiff's website to an unknown hosting company placing a "CEASE and DESIST" notice on the aforementioned website address. Defendant knew or should have reasonably known that such acts would interfere with plaintiff's business expectancies;

3.5    The defendant's willful and intentional actions have precluded the plaintiff from having any access to its customers' personal financial information, their personal credit card information, its own developed and integrated software calculators, email, store front, database, online merchant services as well as a considerable amount of its own proprietary information. As a direct and proximate result of these actions, the plaintiff has suffered and will continue to suffer irreparable damages in an amount to be proved;

3.6    On such dates as may be adduced through the discovery process but after March 2, 2007, the defendant has, without the plaintiff's prior knowledge, consent or authorization, contacted several of the plaintiff's business contacts, investors, advisory board members and affiliated persons providing them with inaccurate information regarding the plaintiff's state of corporate affairs as well as its ownership of books, software, subscriptions, distributorships and the like. As a direct and proximate result of these actions, the plaintiff has suffered and will continue to suffer irreparable damages in an amount to be proved;

3.7    Without the imposition of a preliminary and permanent injunction enjoining defendant from continuing to commit such acts as complained of above, plaintiff's damages will be continuing in nature and as result this Complaint may or shall be amended pursuant to court rule.

IV.  CAUSES OF ACTION

COMPLAINT FOR DAMAGES, INJUNCTION
AND OTHER RELIEF - 2

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

4.1    TORTIOUS BUSINESS INTERFERENCE. Defendant's acts and omissions as outlined above constitute the intentional interference with the business affairs and expectancies of Plaintiff thereby causing it damage in an amount to be proved;

4.2    CONVERSION. Defendant has unlawfully converted plaintiff's business property to his own use and has unlawfully retained plaintiff's own proprietary information as well as its customers causing damages to plaintiff in an amount to be proved;

4.3    UNJUST ENRICHMENT. Defendants acts as outlined above have and will continue to unjustly enrich the defendant at plaintiff's expense.

4.4    PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF. Without the imposition of a preliminary and permanent injunction, Defendant's continued willful and intentional acts and omissions as outlined above shall continue to cause damage to the plaintiff.

4.5    REPLEVIN. Plaintiff requests the issuance of a writ of replevin to restore possession of its property which is currently being unlawfully held by defendant.

WHEREFORE, Plaintiff prays for the following relief:

1.    Judgment against defendant for damages arising out of tortious business interference, plus prejudgment interest thereon at the maximum legal rate, in an amount to be proved;

2.    Judgment against defendant for his unlawful conversion of plaintiff's property in an amount to be proved, plus prejudgment interest thereon at the maximum legal rate;

3.    Judgment against defendant for unjust enrichment in an amount to be proved plus prejudgment interest thereon at the maximum legal rate;

4.    A preliminary and a permanent injunction preventing the defendant's continued possession of plaintiff's property as well as contacting plaintiff's investors, advisory board members, vendors, and business contacts for any reason whatsoever;

5.    Issuance of a writ of replevin restoring to plaintiff possession of its property;

6.    Judgment against defendant for the plaintiff's attorneys fees and costs arising out contract, statute or equity; and

7.    Such further and other relief as the court deems just and equitable.

DATED this 4th day of May, 2007.

Patrick W. Rawnsley, WSBA 34879
RAWNSLEY & FUGATE, P.C.
Of Attorneys for Plaintiff

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

COMPLAINT FOR DAMAGES, INJUNCTION
AND OTHER RELIEF - 3

1  STATE OF NEVADA       }
2  COUNTY OF _____ }   SS.

3       LISA ROSENBERGER being first duly sworn upon oath deposes and says:

4       That I am a shareholder and officer of the plaintiff herein and am otherwise authorized to act on

5  the behalf of said corporation;

6       That I have read the foregoing COMPLAINT FOR DAMAGES, INJUNCTION AND OTHER

7  RELIEF, know the contents thereof and believe the same to be true.

8

9                          · LISA ROSENBERGER _____

10

11      Subscribed and sworn to before me this _____ day of May, 2007 by LISA ROSENBERGER

12

13

14                          Printed Name: _____
15                          Notary Public in and for the State of
                             Nevada, residing at _____
16                          My commission expires_____

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES, INJUNCTION
AND OTHER RELIEF - 4

p.9      360-985-2884      COLLINSWORTH & LANNON      7:48AM 10 2007 May

STATE OF NEVADA
COUNTY OF _____ } SS.

LISA ROSENBERGER being first duly sworn upon oath deposes and says:

That I am a shareholder and officer of the plaintiff herein and am otherwise authorized to act on the behalf of said corporation;

That I have read the foregoing COMPLAINT FOR DAMAGES, INJUNCTION AND OTHER RELIEF; know the contents thereof and believe the same to be true.

_____
LISA ROSENBERGER

Subscribed and sworn to before me this 4th day of May, 2007 by LISA ROSENBERGER

Printed Name: _____
Notary Public in and for the State of
Nevada, residing at _____
My commission expires _____

COMPLAINT FOR DAMAGES, INJUNCTION
AND OTHER RELIEF - 4

RAWNSLEY & FUGATE, P.C.
1215 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1223
Fax: (360) 357-6391



**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF THURSTON**

| | |
|---|---|
| AMERICAN MORTGAGE EDUCATORS, INC., a Washington corporation, | NO. **07-2-00897-4** |
| Plaintiff, | MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION |
| vs. | |
| HARJIT SINGH GILL, a married man in his separate capacity, | |
| Defendant. | |

## I. INTRODUCTION

This case involves the defendant's unauthorized redirection of the plaintiff's website along with its own proprietary information as well as its customer's personal financial information. This case also involves the defendants unauthorized, willful and intentional acts in contacting critical and key advisory board members, investors, affiliates and potential business contacts in a systematic and methodical effort to cripple plaintiff's business.

## II. FACTS

Plaintiff's Articles of Incorporation were filed with the Washington Secretary of State on May 16, 2006. Plaintiff's shareholders are Lisa Rosenberger and Robert Rosenberger. Plaintiff created and operates a business website utilizing the domain name www.MortgageFreeUSA.com. Plaintiff's business involves the sale of books, an online software subscription, advertising space and affiliate

MEMORANDUM OF AUTHORITIES IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION - 1

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

distributorships dealing specifically mortgage reduction. Plaintiff also provides workshops and seminars regarding mortgage reduction as well as information regarding the mortgage and real estate industry.

As of the date of this action, defendant is neither a shareholder nor an employee but was a former independent contractor of Plaintiff. Lisa Rosenberger and defendant are an estranged married couple; an action for the dissolution of their marriage is currently pending under Thurston County Superior Court cause number 07-3-00293-7. In that action, on April 26, 2007 Court Commissioner Christine Schaller entered Findings of Fact and Conclusions of Law finding that the books being sold by plaintiff and the software being utilized by plaintiff are the intellectual and separate property of the defendant. A Temporary Order was entered concurrently ordering Ms. Rosenberger to turn over all books, online software and other intellectual property no later than May 1, 2007. On April 30, 2007, Ms. Rosenberger, through counsel, filed her Motion to Revise as well as obtained an order staying the effectiveness of the aforementioned Temporary Order. Ms. Rosenberger's revision motion is scheduled for May 29, 2007.

As stated previously, the defendant was an independent contractor who, on or about March 2, 2007, withdrew his affiliation with plaintiff. Since that time, the defendant, on information and belief, acting with the apparent authority of the plaintiff and without the plaintiff's prior knowledge, consent or authorization, willfully and intentionally redirected plaintiff's website to an unknown hosting company and subsequently placing a "CEASE and DESIST" notice on the aforementioned website address. A true and correct copy of said notice is attached hereto.

The defendant's willful and intentional actions have precluded the plaintiff from having any access to its customers' personal financial information, their personal credit card information, its own developed and integrated software calculators, email, store front, database, online merchant services as well as a considerable amount of its own proprietary information. Attached hereto are true and correct copies of invoices and other business documents which are indicative of the plaintiff's ownership of same. The plaintiff had previously scheduled an appearance at a three day event/fair in Las Vegas, Nevada beginning on May 4, 2007 which had a projected $524,000.00 profit. The plaintiff's involvement in the fair was entirely dependent on the utilization of its website. As of today's date, plaintiff is exposed to liability in the form of hundreds if not thousands of chargebacks on credit card transactions with its customers for which they have purchased access to the online software calculator and information.

Furthermore, the defendant has contacted the plaintiff's advisory board who is essentially its investors group and disseminated false and/or misleading information regarding the plaintiff's state of affairs. A copy of the email is attached hereto. The defendant has also contacted other third parties including but not limited to Joe Kelly of ArcLoan, Pinnacle Financial Corp and a Las Vegas NBC

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

MEMORANDUM OF AUTHORITIES IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION - 2

1    affiliate with which plaintiff was having a story aired regarding its services and operations. The
2    plaintiff has lost its anti-foreclosure expert, Marie McDonnell as a direct result of the defendant's
3    actions. A copy of her email is attached hereto.
         Without a temporary restraining order and preliminary injunction restraining the defendant from
4    the continued use of the plaintiff's website and proprietary information, the plaintiff will be irreparably
5    damaged.

6                                            III. ISSUE
7
8         Whether first a temporary restraining order and subsequently a preliminary injunction should be
9    issued enjoining the defendants from the following conduct:

10   1.    Communicating, either orally, in person or in writing, including any electronic based
11         transmissions, with any vendor, advisory board member, prospective client, prospective
           lender, prospective business affiliate, prospective independent contractor, or the like
12         regarding any aspect of this litigation or any aspect of the litigation pending under
13         Thurston County Superior Court cause number 07-3-00293-7;
14   2.    The continued possession or control, in any form including but not limited to physical,
           electronic or the like, of the plaintiff's website and all information, calculators,
15         databases, web based pages, emails and financial information of its client's;
16
17                                         IV. ANALYSIS
18
     R.C.W. 7.40.020 provides the statutory grounds for the issuance of the injunction, according to
19   *Tyler Pipe Industries v. Department of Revenue,* 96 Wn.2d 785, 638 P.2d 1213 (1982) this statute is
20   seldom cited or relied upon. *Tyler Pipe,* 96 Wn.2d at 792. Under *Tyler Pipe,* "...one who seeks relief
21   by temporary... injunction must show: (1) that he has a clear, legal or equitable right; (2) that he has a
     well-grounded fear of immediate invasion of that right; and (3) that the acts complained of are either
22   resulting in or will result in actual and substantial injury to him." *Id. citing Port of Seattle v.*
23   *International Longshoremen's & Warehousemen's Union,* 52 Wn.2d 317, 324 P.2d 1099 (1958). The
     purpose of a temporary restraining order or a preliminary injunction is to preserve the status quo until a
24   trial can be had on the merits.
25        Here, the plaintiff has a clear, legal and equitable right to the relief requested in his motion. The
26
27
28                                                      **RAWNSLEY & FUGATE, P.C.**
                                                         1115 West Bay Dr. NW, Suite 201
     MEMORANDUM OF AUTHORITIES IN SUPPORT OF            Olympia, WA 98502
     MOTION FOR TEMPORARY RESTRAINING ORDER            Tel: (360) 754-1222
     AND FOR PRELIMINARY INJUNCTION - 3                Fax: (360) 357-6398

plaintiff has brought an action to retrieve its proprietary information and access to its customer's information. Plaintiff's claims for tortious business interference and conversion necessarily encompass the injunctive relief requested under items above.   Plaintiff anticipates it will prevail on its claim for tortious business interference and conversion and as such the first element of the *Tyler Pipe* analysis is met.  *Tyler Pipe*, 96 Wn.2d at 793.

As outlined above, the defendant has instituted a course of conduct which has effectively precluded the plaintiff from doing business and exposing it to liability from its own customers and investors.  Plaintiff's legal right to conduct its business free of interference from the defendant as well as continued possession of its property is currently being and will continue to be "invaded" if injunctive relief does not issue.

With respect to the final element, plaintiff has suffered actual, substantial and irreparable injury and will continue to do so if injunctive relief is not granted.  As stated in Ms. Rosenberger's supporting declaration, plaintiff has lost significant business potential profits with respect to the currently pending business fair in Las Vegas as well as exposure to liability from its own customers and investors. Finally, there is no other adequate remedy at law available to plaintiff to rectify or otherwise prevent the catastrophic loss of its customers and ability to do business.

## IV.  CONCLUSION

All three of the *Tyler Pipe* elements are present in this case.  Plaintiff has already suffered significant damages despite their best efforts to mitigate same.  Without injunctive relief, the defendant will continue to possess plaintiff's proprietary information, customer financial, credit card and personal information and the like and will likely continue to misrepresent plaintiff's current *state of affairs* causing actual, substantial and irreparable harm to the plaintiff.  Accordingly, plaintiff requests the court enjoin the defendant as outlined above.  The undersigned has been unable to contact the defendant personally but has had conversations regarding the filing of this lawsuit with the defendant's dissolution of marriage counsel who will more than likely appear on his behalf.  Mr. Morgan indicated that he was not authorized to accept service of same but realized and acknowledged that this suit and motion were imminent.

DATED this 4th day of May, 2007

Patrick W. Rawnsley, WSBA 34879
RAWNSLEY & FUGATE, P.C.
Of Attorneys for Plaintiff

MEMORANDUM OF AUTHORITIES IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION - 4

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398



**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF THURSTON**

| | |
|---|---|
| AMERICAN MORTGAGE EDUCATORS, INC., a Washington corporation, | **07-2-00897-4**<br><br>NO. |
| Plaintiff, | TEMPORARY RESTRAINING ORDER/ORDER TO SHOW CAUSE |
| vs. | |
| HARJIT SINGH GILL, a married man in his separate capacity, | |
| Defendant. | |

THIS MATTER having come on ex parte before the above-captioned court on the plaintiff's motion for a temporary restraining order/order to show cause and the court having considered the motion, memorandum of authorities and the declaration of Lisa Rosenberger, and the court finding that the plaintiff will suffer irreparable damage in the form of lost profits and exposure to liability from its own customers if this temporary restraining order does not issue and that same constitutes good cause for the issuance of this order without prior notice to the defendant; now therefore

IT IS HEREBY ORDERED that the defendant, HARJIT SINGH GILL, shall be enjoined from the following:

1. Communicating, either orally, in person or in writing, including any electronic based transmissions, with any vendor, advisory board member, prospective client, prospective lender, prospective business affiliate, prospective independent contractor, or the like regarding any aspect of this litigation or any aspect of the litigation pending under Thurston County Superior Court cause number 07-3-00293-7;

2. The continued possession or control, in any form including but not limited to physical,

RAWNSLEY & FUGATE, P.C.
1115 West Bay Dr. NW, Suite 201
Olympia, WA 98502
Tel: (360) 754-1222
Fax: (360) 357-6398

TEMPORARY RESTRAINING ORDER/
ORDER TO SHOW CAUSE - 1  COPY

1     electronic or the like, of the plaintiff's website and all information, calculators,

2     databases, web based pages, emails and financial information of its client's; and

3     *A Bond of $5,000. Shall be posted before this TRO is effective*

IT IS FURTHER ORDERED that Defendant HARJIT SINGH GILL shall appear and show

4     cause why the relief requested in the motion should not be granted.

5

6          Date:       May 18, 2007

             Time:       9:00 a.m.

7          Place:      Thurston County Superior Court

8          Dept:      To be assigned

9     Signed this 4th day of May, 2007 at 4:40 p.m.

                                  DAVID HUNTER OF MONTLAW

10                                 COURT COMMISSIONER

11                           JUDGE/COURT COMMISSIONER

12

13    Presented by:

14

15

16    Patrick W. Rawnsley, WSBA 34879

      RAWNSLEY & FUGATE, P.C.

      Of Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28                                           RAWNSLEY & FUGATE, P.C.

                                         1115 West Bay Dr. NW, Suite 201

                                           Olympia, WA 98502

TEMPORARY RESTRAINING ORDER/          Tel: (360) 754-1222

ORDER TO SHOW CAUSE - 2                Fax: (360) 357-6398

☐ **EXPEDITE** (if filing within 5 court days of hearing)
☐ Hearing is set:
    Date: _____
    Time: _____
    Judge/Calendar: _____

FILED
SUPERIOR COURT
THURSTON COUNTY, WASH.

07 MAY -7 PM 4: 17

BETTY J. GOULD, CLERK

BY_____
        DEPUTY

# SUPERIOR COURT OF WASHINGTON
# FOR THURSTON COUNTY

AMERICAN MORTGAGE EDUCATORS, INC.
             Plaintiff/Petitioner,

vs.

HARJIT SINGH GILL
             Defendant/Respondent,

NO. 07-2-00897-4

**ORDER
(OR)**

## I. BASIS

AN EX PARTE CONTACT TO PROVIDE THE COURT WITH AN OPPORTUNITY TO REVISIT ITS ENTRY OF A TEMPORARY RESTRAINING ORDER

## II. FINDINGS

After reviewing the case record to date, and the basis for the motion, the court finds that:

THERE IS NO BASIS TO REVISIT THE COURTS ISSUANCE OF A TEMPORARY RESTRAINING ORDER.

## III. ORDER

IT IS ORDERED that:

THAT CERTAIN TEMPORARY RESTRAINING ORDER ENTERED 5/4/07 SHALL REMAIN IN FULL FORCE & EFFECT ACCORDING TO ITS TERMS

DATED this __7__ day of __May__, 20 07.

_____
JUDGE/COURT COMMISSIONER

Presented by:

_____

ORDER _____ _____

1

EXHIBIT B

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10

11   HARJIT GILL,                                      NO.

12                              Plaintiff,             COMPLAINT FOR COPYRIGHT
                                                       INFRINGEMENT, TRADEMARK
13          v.                                         INFRINGMENT, FALSE
                                                       DESIGNATION OF ORIGIN,
14   AMERICAN MORTGAGE                                 UNFAIR COMPETION, AND
     EDUCATORS, INC., a Washington                     UNFAIR BUSINESS PRACTICES.
15   Corporation, LISA JANE
     ROSENBERGER, PERFECTO                             TRIAL BY JURY REQUESTED
16   BOBADILLA, and ROBERT
     ROSENBERGER

17                              Defendants.

18
     Plaintiff, Mr. Harjit Gill, through his undersigned counsel, hereby states and alleges the

19   following:

20                              I.      Parties

21

22   1.     The Plaintiff, Mr. Harjit Gill ("Mr. Gill"), is a world authority on accelerated

23          mortgage reduction strategies. He is the founder of the Speed Equity®[1] System and

24

25

26
     _____
     [1] U.S. Registration No. 3,150,819.

     Complaint for Copyright Infringement,          1          AXIOS LAW GROUP, PLLC
     Trademark Infringement and Unfair                         1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA  98122
     Competition.                                                        206.957.8181

1  Speed Equity® Software Program, as well as the international best selling author of

2  "How to Own Your Home Years Sooner[2]."

3  2.  Defendant, American Mortgage Educators, Inc. ("AME") is a Washington

4  corporation having its principal place of business and registered agent at:

   15007 105th Avenue, Yelm, WA 98597.

5

6  3.  On information and belief, Defendants, Lisa Rosenberger and Robert Rosenberger are

   Washington residents who operate the Defendant AME from its headquarters in

7  Yelm, Washington.

8  4.  On information and belief, Defendant Perfecto Bobadilla is a resident of Las Vegas,

9  Nevada who regularly transacts business in this District.

10

11  **II.    Jurisdiction and Venue**

12

13  1.  This is a civil action seeking damages and injunctive relief for copyright infringement

14  under the Copyright Act, 17 U.S.C. § 101 *et seq.*; trademark infringement under the

   Lanham Act, 15 U.S.C. § 1051 et seq., and unfair business practices under the

15  Revised Code of Washington (RCW) Chapter 19.86.

16  2.  This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal

17  question); and 28 U.S.C. § 1338(a) (copyright and trademark).  This court has

18  pendent and/or supplemental jurisdiction under 28 U.S.C. § 1367 for causes of action

19  arising under the laws of the sate of Washington because these state law causes of

20  action form part of the same case or controversy.

21  3.  This Court has personal jurisdiction over the Defendants, and venue is proper under

22  28 U.S.C. §§ 1391(b)-(c) and § 1400, in that the acts of infringement and unfair

   business practices complained of occurred in this District, by virtue of Defendants

23  physical presence in the District, transacting, doing, and soliciting business in this

24  District and because a substantial part of the property that is the subject of this action

25  is situated here.

26  _____
   [2] U.S. Copyright Registration No. TXu-1-125-937

4.    Plaintiff, Mr. Gill, is a resident of this District. The damage to Mr. Gill described herein took place and continues to occur in the Western District of Washington.

### III.    Facts

1.    Mr. Gill is a world authority on accelerated mortgage reduction strategies, the founder of the Speed Equity® System and Speed Equity® Software Program, as well as the international best selling author of "How to Own Your Home Years Sooner."

2.    Mr. Gill's Speed Equity® System is used by over half a million homeowners in 8 different countries and endorsed by a subsidiary of HSBC – the third largest bank in the world (Forbes Magazine).

3.    Mr. Gill created the Speed Equity® System in 1995 in Australia and modified it in 2002 for use by North American homeowners.

4.    The first edition of Mr. Gill's book "How to Own Your Home Years Sooner" was published in 1995 in Australia and version 1 of his Australian software program was launched shortly thereafter.

5.    Mr. Gill's book and mortgage reduction system received national media coverage and become a national success.

6.    In February 2002, Mr. Gill met Lisa Rosenberger and Robert Rosenberger.

7.    In July 2002, Mr. Gill registered and began using: www.MorgageFreeUSA.com (the "Website") (See Exhibit A.)

8.    In May 2003, Mr. Gill formed Mortgage Eliminators, LLC, a Washington Limited Liability Company. The company was supported by Mr. Gill's speaking engagements, seminars, workshops, subscriptions to his Mortgage Elimination Software Program, and sales from his book "How to Own Your Home Years Sooner."

9.    In June 2003, Mr. Gill redeveloped his successful software and rebranded it under the name "Speed Equity." The software went live on the Website in August 2003.

10.    In November 2003, the first U.S. Edition of Mr. Gill's book was published.

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

3

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE N. SUITE 150 | SEATTLE, WA  98122
206.957.8181

11.   In September 2005, Mr. Gill applied for the trademark "Speed Equity" in International Class 036. The trademark was registered on October 3, 2006.

12.   In March 2005, Mr. Gill married Lisa Rosenberger and met Mr. Perfecto Bobadilla, who later became the business manager for American Mortgage Educators, Inc.

13.   In May 2006, Mr. Bobadilla formed American Mortgage Educators, Inc. in order to "market and commercialize" Mr. Gill's intellectual property and to provide him with "liability protection" that the LLC lacked. Mr. Bobadilla instructed Mr. Gill to transfer his intellectual property and assets to the newly formed corporation in exchange for a majority interest.

14.   Mr. Gill did not transfer his assets into the corporation and no certificates of ownership were ever provided to Mr. Gill.

15.   In early 2007, Lisa Rosenberger filed in Thurston County, Washington, for Dissolution of her marriage with Mr. Gill (see Cause No. 07-3-00293-7.)

16.   On April 26, 2007, the Court entered Findings of Fact and Conclusions of Law stating that there is no written agreement or contract assigning Mr. Gill's intellectual property to American Mortgage Educators, Inc., that the Intellectual Property was created prior to his marriage with Lisa Rosenberger, that such intellectual property is Mr. Gill's separate property, and that the property should be turned over to Mr. Gill. (See Exhibit B.)

17.   On May 1, 2007, Mr. Gill sent a cease and desist letter to American Mortgage Educators, Inc. instructing the company to cease any further use of his intellectual property and to return unsold books, records, and tangible property to Mr. Gill. (See Exhibit C.)

18.   On May 2, 2007, Mr. Gill deactivated his Website.

19.   As of the filing of this complaint, the Defendants refuse to return Mr. Gill's intellectual and tangible property, continue to sell his books and internet software and derive license revenue therefrom.

20.   American Mortgage Educators, Inc. have created a pirated website, hosted on a Canadian server, where they continue to sell and license Mr. Gill's intellectual property, use his name, claim affiliation with Mr. Gill, and otherwise deceive the

Complaint for Copyright Infringement,                    4              AXIOS LAW GROUP, PLLC
Trademark Infringement and Unfair                                 1725 WESTLAKE AVE. N. SUITE 150 | SEATTLE, WA  98122
Competition.                                                                      206.957.8181

public. The URL of the pirated website is www.americanmortgageeducatorsinc.com (the "Infringing Website.")

## COUNT 1: COPYRIGHT INFRINGEMENT

1. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

2. Plaintiff is, and at all relevant times has been, the copyright owner of exclusive rights under United States copyright with respect to the certain copyrighted book "How to Own Your Home Years Sooner," which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights (the "Copyrighted Book").

3. Plaintiff is, and at all relevant times has been, the copyright owner of exclusive rights with respect to the certain copyrighted software "Speed Equity® Software Program. (the "Copyrighted Software".)

4. Among the exclusive rights granted to the Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Book and Software (the "Copyrights"), to claim ownership of the Copyrights, to prepare derivative works based on the Copyrights, and to distribute the Copyrights to the public.

5. Defendant, without permission and with willful disregard of Plaintiff's explicit instructions not to use his Copyrights, continues to sell, distribute, and license Mr. Gills Copyrights. In doing so, Defendants have violated Plaintiff's exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiff's Copyrights and exclusive rights.

Complaint for Copyright Infringement,                 5
Trademark Infringement and Unfair
Competition.

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA  98122
206.957.8181

6.  Defendants have recreated a website, in willful disregard of Mr. Gills rights, where without permission the Defendants continue to use an online media distribution system to permit U.S. Customers to access and use the Copyrights.

7.  The foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

8.  As a result of Defendants' infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendants' infringement of the copyrighted products. Plaintiff further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## COUNT 2:  FALSE DESIGNATION OF ORIGIN

1.  Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

2.  Defendants has engaged in false designation of origin by using the registered trademark SPEED EQUTIY, Mr. Gills name and Mr. Gill's "Consumer Advocate: Harj Gill. Seal of Approval." design mark (the "Marks") even though Mr. Gill owns the exclusive rights to use the Marks in association with his Website and Copyrights described above. Defendants' use of Mr. Gill's Marks is without license, permission or authorization and is likely to and has caused confusion or mistake as to the origin, sponsorship, or approval of Defendants' goods or commercial activities. Thus, Defendant's actions constitute a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

6

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA 98122
206.957.8181

3.  Defendants have derived and will continue to derive and receive from the above-alleged acts of infringement, profits and revenues in an amount that is not presently known to Plaintiff. Further, such acts of infringement were made with knowledge of their capacity to deceive and were thus committed intentionally and willfully. By reason of the above acts of infringement, Plaintiff has been and will continue to be damaged in an amount to be determined at trial.

4.  The activities of Defendants as alleged in this Complaint have caused and will continue to cause irreparable harm to Plaintiff.

## COUNT 3:  UNFAIR COMPETITION UNDER LANHAM ACT § 43

1.  Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

2.  Defendants' use of the Marks to promote, market, or sell their product in direct competition with Mr. Gill constitutes Unfair Competition pursuant to 15 U.S.C. § 1125(a).  Defendants' use of the Marks is likely to cause confusion, mistake, and deception among consumers.  Defendants' unfair competition has caused and will continue to cause damage to Mr. Gill, and is causing irreparable harm to Mr. Gill for which there is no adequate remedy at law.

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

7

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA 98122
206.957.8181

**COUNT 4:  UNFAIR BUSINESS PRACTICE UNDER RCW § 19.86.010 *et seq.***

1.  Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

2.  Defendants' use of the Copyrights and Marks to promote, market, or sell a product in direct competition with Mr. Gill and to deceive the public as to the Mr. Gill's affiliation constitutes an Unfair Business Practice pursuant to RCW § 19.86.010 *et seq.*  Defendants' use of the Copyrights and Marks is an unfair or deceptive practice occurring in trade or commerce that impacts the public interest and has caused injury to Mr. Gill.  Defendants' unfair business practice has caused and will continue to cause damage to Mr. Gill, and is causing irreparable harm to Mother for which there is no adequate remedy at law.

**COUNT 5:  COMMON LAW UNFAIR COMPETITION**

1.  Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

2.  Defendants' conduct constitutes unfair competition in that it offends established public policy and is immoral, unethical, oppressive, unscrupulous and injurious to consumers.

3.  The acts of unfair competition alleged herein were committed with oppression, fraud, and malice.  Specifically, Defendants continue to market, sell and derive revenue from Mr. Gills Copyrights and Marks and continue to deceive the public into believing they continue to be associated with him and the system he has built over the last 15 years.

**IV.    JURY DEMAND**

Mr. Gill requests a jury trial on all issues triable by jury.

## V.     Request for Relief

Mr. Gill requests for the following alternative and cumulative relief:

1.  An order enjoining Defendants, including all officers, agents, affiliates, employees and representatives of the Defendants, and all persons in active concert or participation with any of them, from engaging in or performing any of the following:

    a.  Using, selling, licensing, displaying, or providing access to the Copyrights or Marks, or any other products, services or source identifiers that are substantially similar to the Copyrights or confusingly similar to the Marks, in connection with the advertising, marketing, sale or provision of any products or services.

    b.  Performing any act that is likely to cause confusion, to cause mistake or to deceive, or otherwise mislead the trade or public into believing that Mr. Gill is associated with Defendants or that Defendants have any rights in the Copyrights or Marks.

2.  An order that Defendants deliver up all products all copies of Mr. Gill's Copyrights (in whatever medium of expression), any derivative or colorable imitation, together with all means for making or reproducing the same.

3.  An order requiring Defendant to send a written notice to all recipients of its mailings, and to all persons who have viewed Defendants Infringing Website, setting forth Mr. Gill's exclusive ownership of and rights to his Copyrights and Marks and disavowing any relationship between Mr. Gill and Defendants.

4.  An order requiring Defendants to file with this Court and serve on Mr. Gill, within 30 days of service of this order, a report in writing under oath setting forth in detail the manner and form in which Defendants has complied with the terms of the ordered relief.

5.  Damages in an amount sufficient to compensate Mr. Gill for all injury sustained as a result of Defendants' wrongful activities, and to account for and pay over to Mr. Gill all gains, profits, and advances derived from the use, promotion or sale by Defendants

1    of any products or provision of any services in wrongful association with Mr. Gill,

2    whether through the use of his Copyrights or Marks.

3    6.    The immediate removal of the Infringing Website.

4    7.    Treble the amount of damages recovered by Mr. Gill and all of his litigation expenses,

5    including reasonable attorneys' fees and costs.

6    8.    Such other and further relief as the Court may deem just and equitable.

7

8    RESPECTFULLY SUBMITTED this the 7ᵗʰ day of M~7 , 2007.

9

10    AXIOS LAW GROUP, PLLC

11

12

13    By: Jefferson Coulter

14    WSBA #28947

15    Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

Complaint for Copyright Infringement,          10
Trademark Infringement and Unfair
Competition.

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA  98122
206.957.8181

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

11

Whois Search Results                                                                04/11/2007 11:53 AM



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MORTGAGEFREEUSA.COM
Created on: 22-Jul-02
Expires on: 26-Feb-08
Last Updated on: 09-Apr-07

Administrative Contact:
Private, Registration MORTGAGEFREEUSA.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Technical Contact:
Private, Registration MORTGAGEFREEUSA.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Domain servers in listed order:

Domains by Proxy®: My Account                                          Page 1 of 1

 

HOME | MY ACCOUNT | HOW PRIVATE REGISTRATIONS WORK | ABOUT US | SUPPORT | LEGAL ISSUES



## Private Domain Contacts

🔒 Acct Mgmt    My Domains    🔒 My Messages    🔒 My Settings    🔒 Domain Authorization Letters

You may modify email preferences and/or the non-public contact information for SPEEDEQUITY.COM, by clicking on the applicable toolbar, making your modifications, and then clicking "Save".

### Modify Email Preferences

Email Settings for: SPEEDEQUITY.COM@domainsbyproxy.com
All messages that you elect to "forward" or "filter for Spam and then forward" will be sent to the email address specified in My Settings. To view/edit this email address go to My Settings and look for the Customer Information toolbar.

- ○ Use my default account setting
- ○ Forward all email
- ● Filter for Spam and then forward remaining email
- ○ Do not forward any email

### Modify Non-Public Contacts

☐ Update ALL of my domains with the contact information below

| | Registrant | Technical | Administrative |
|---|---|---|---|
| *First Name | Harj | *Last Name | Gill | |
| *Email | harj_gill@hotmail.com | Company | | |
| *Address1 | 16201 Vancil Loop | Address2 | | |
| *City | Yelm | State | Washington | |
| Zip | 98597 | *Country | United States | |
| *Phone | 3608705550 | Fax | | |

☐ Check here to apply changes across ALL of the non-public contact screens for this domain

* Required field.

 

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2006 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878

          

Domains by Proxy®: My Account                                                Page 1 of 1

 

HOME    MY ACCOUNT    HOW PRIVATE REGISTRATIONS WORK    ABOUT US    SUPPORT    LEGAL ISSUES

## Private Domain Contacts

Acct Mgmt    My Domains    My Messages    My Settings    Domain Authorization Letters

You may modify email preferences and/or the non-public contact information for MORTGAGEFREEUSA.COM, by clicking on the applicat
below, making your modifications, and then clicking "Save".

### Modify Email Preferences

Email Settings for:  MORTGAGEFREEUSA.COM@domainsbyproxy.com
All messages that you elect to "forward" or "filter for Spam and then forward" will be sent to the email
address specified in My Settings. To view/edit this email address go to My Settings and look for the
Customer Information toolbar.

○  Use my default account setting

○  Forward all email

◉  Filter for Spam and then forward remaining email

○  Do not forward any email

### Modify Non-Public Contacts

☐ Update ALL of my domains with the contact information below

| Registrant | Technical | Administrative |
|---|---|---|

| | | |
|---|---|---|
| *First Name | Harj | *Last Name | Gill |
| *Email | harj_gill@hotmail.com | Company | |
| *Address1 | 16201 Vancil Loop | Address2 | |
| *City | Yelm | State | Washington |
| Zip | 98597 | *Country | United States |
| *Phone | 3608705550 | Fax | |

☐ Check here to apply changes across ALL of the non-public contact screens for this domain

* Required field.                                                     

If you are in law enforcement, click here
For our subpoena policies, click here

Copyright © 2006 Domains By Proxy, Inc.
All rights reserved.
U.S. Pat. No. 7,130,878

 Starfield Secure Site    

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT B

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

12

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA  98122
206.957.8181

| 1 | |
|---|---|
| 2 | [ ] EXPEDITE |
| 3 | [ ] Hearing is set<br>Date: |
| 4 | Time:<br>JudgeCalendar: |

**FILED**

APR 2 6 2007

SUPERIOR COURT
BETTY J. GOULD
THURSTON COUNTY CLERK

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF THURSTON**
**FAMILY & JUVENILE COURT**

In re the Marriage of:

LISA JANE ROSENBERGER

NO. 07-3-00293-7

                                    Petitioner,

and

HARJIT SINGH GILL

                                    Respondent.

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW RE:
INTELLECTUAL PROPERTY
and TEMPORARY ORDER**

**BASIS**

THIS MATTER regarding having come regularly before the court upon Petitioner's

Motion for Temporary Orders, and upon the declarations and exhibits filed by the parties, and

argument of counsel for both parties;

**FINDINGS**

THIS COURT HEREBY FINDS:

1. Respondent is not an "employee" of the parties' business, American Mortgage Educators;

2. A 1099 was provided to the court showing Respondent as an "independent contractor" of the

business;

FINDINGS AND CONCLUSIONS RE: INTELLECTUAL PROPERTY Page
1 of 2

BISSELL LAW FIRM
GINA M. BISSELL
6963 Littlerock Road SW
Tumwater, WA 98512
360-956-1911

FamilySoft FormPAK 2002

3. There is no written agreement or contract from Respondent to the corporation to show that Respondent signed over his copyrighted and intellectual property rights to the Corporation to sell;

4. The books being sold by the corporation were written by Respondent, Harjit Gill, before the parties were married;

4. The books and the on-line software being sold by the corporation is the intellectual property of Harjit Gill;

## CONCLUSIONS OF LAW

*There is a prema facia Shewing That*

1.    The intellectual property of the books and on-line software is the separate property of Respondent, Harjit Gill;

2.    The intellectual property should be turned over to the Respondent, Harjit Gill.

3.    *The cunt does not have the jurisdiction to order the corporation to take any action or turn over any property.*

DATED this ___ of _____, 20__ CHRISTINE SCHALLER

_____
JUDGE/COURT COMMISSIONER

Presented by:                    Approved for entry as to form by:


_____        _____
Gina M. Bissell                Clinton Morgan
WSBA #21848                     WSBA #
Attorney for Petitioner         Respondent


*FINDINGS AND CONCLUSIONS RE: INTELLECTUAL PROPERTY Page 2 of 2*

BISSELL LAW FIRM
GINA M. BISSELL
6963 Littlerock Road SW
Tumwater, WA 98512
360-956-1911

FamilySoft FormPAK 2002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EXHIBIT C

Complaint for Copyright Infringement,
Trademark Infringement and Unfair
Competition.

13

AXIOS LAW GROUP, PLLC
1725 WESTLAKE AVE. N. |SUITE 150 | SEATTLE, WA  98122
206.957.8181

MSN Hotmail -                                                 Page 1 of 2

 **Hotmail®**

| harj_gill@hotmail.com | Printed: Friday, May 4, 2007 7:46 AM |
| --- | --- |

| **From :** | harj gill <harj_gill@hotmail.com> |
| --- | --- |
| **Sent :** | Tuesday, May 1, 2007 6:10 PM |
| **To :** | info@MortgageFreeUSA.com, admin@MortgageFreeUSA.com, rercsa@alltel.net |
| **CC:** | harj_gill@hotmail.com, Bruce_Santy@msn.com, hlberdnet@comcast.net, katiepam@hotmail.com, perdrix@comcast.net, perdrixec@comcast.net, srakes@ywave.com, steverussel42@hotmail.com, outdoorsbydesign@msn.com |
| **Subject: :** | CEASE & DESIST - IMMEDIATELY |

To the Officers, Owners & Representatives of American Mortgage Educators, Inc:

Chairman of the Board Mr. Robert Rosenberger
President & CEO Dr. Lisa Rosenberger
Chief Operations Officer Mr. Perfecto Bobadilla

This a FIRST & FINAL NOTICE.

This is to inform you that as of March 02, 2007 I, Harj Gill, withdrew my endorsement of and affiliation with American Mortgage Educators, Inc. its owners, officers, employees and representatives.

Please be advised that the FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: INTELLECTUAL PROPERTY and TEMPORARY ORDER that was passed down by the SUPERIOR COURT OF WASHINGTON - COUNTY OF THURSTON FAMILY & JUVENILE COURT on April 26, 2007 states:

FINDINGS:

- There is NO WRITTEN AGREEMENT or CONTRACT from me to your corporation to show that I signed over my copyright and Intellectual Property Rights to your corporation to sell;

- The books being sold by your corporation were written by me BEFORE the parties were married;

- The book and the on-line software being sold by your corporation is MY intellectual property;

CONCLUSIONS OF LAW

1. There is a Prima Facie showing that the Intellectual Property of the books and online software is MY separate property.

2. The Intellectual Property SHOULD BE TURNED OVER TO ME.

Despite the Family Court's decision that it does not have the jurisdiction to order your corporation to take any action or to turn over any property to me, there is a moral and ethical obligation for you to do so.

My attorney has made repeated attempts over the past two months to reach an amicable and fair settlement with you regarding your Corporation's UNAUTHORIZED representation and commercialization of my Intellectual Property.

My attorney's office contacted Mr. Steven Bean, a local attorney and professional mediator, who stated that he could mediate on Thursday, May 3rd, 2007. You refused this offer of mediation.

My attorney's office then contacted another local attorney/mediator, Mr. Steve Henderson, who stated that he could mediate on Monday, April 30th, 2007. You also refused this offer of mediation.

Meanwhile your corporation continues to represent and commercialize my Intellectual Property in the conduct of your company's marketing and business efforts.

I HEREBY DEMAND that you:

- IMMEDIATELY CEASE & DESIST from representing me as the Consumer Advocate and from using my Seal of Approval.

- IMMEDIATELY CEASE & DESIST from representing and commercializing my Intellectual Property that includes, but is not limited to, the domain name www.MortgageFreeUSA.com, the Speed Equity® System, the Speed Equity® Software Program as well as my publication "How to Own Your Home Years Sooner."

- IMMEDIATELY CEASE & DESIST from making any UNAUTHORIZED derivative or modified works of any of my Intellectual Property without my prior knowledge and written consent.

- IMMEDIATELY CEASE & DESIST from using my name, Harj Gill, and my titles as "International Best Selling Author," and "World's Foremost Mortgage Reduction Expert."

- IMMEDIATELY CEASE & DESIST from using my goodwill by making references that suggest you and your corporation are in any way associated or affiliated with me.

- IMMEDIATELY RETURN ALL my Intellectual Property to me.

- IMMEDIATELY RETURN ALL the tangible assets of my LLC to me.

- COMPENSATE ME for the past and the continued use of my Intellectual Property.

You have 24 hours to comply with my demands by contacting my Attorney to settle this issue or I shall be forced to take action.

I look forward to your cooperation regarding this matter.

Thanking you in advance,

Barj Gill, M.Ed

Advertisement: Its simple! Sell your car for just $30 at carsales.com.au http://a.ninemsn.com.au/b.aspx?URL=http%3A%2F%2Fsecure%2Dau%2Eimrworldwide%2Ecom%2Fcgi%2Dbin%2Fa%2Fd%5F450304%2Fet%5F2%2Fcg%5F801577%2Fpi%5F1005244%2Fai%5F8385888&_t=754951090&_r=tig&_m=EXT