HONORABLE RONALD B. LEIGHTON



07-CV-05244-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN MORTGAGE EDUCATORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARJIT SINGH GILL, a married man in his separate capacity,<br><br>Defendant. | Case No.: C07-5244 RBL<br><br>MOTION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Clerk's Action Required |

TO:       CLERK OF THE COURT

COMES NOW Plaintiff American Mortgage Educators, Inc. and hereby moves pursuant to GR 2(g)(4)(A) that Attorney Patrick W. Rawnsley of Rawnsley & Fugate, P.C. be granted leave to withdraw as attorney of record in the above matter, and that Attorneys Bradford J. Axel and Karolyn A. Hicks of Stokes Lawrence, P.S., be substituted in his place. This withdrawal and substitution shall be effective upon entry of an order by the Court.

By their signature below, Counsel certify that this motion has been served on Plaintiff American Mortgage Educators, Inc. and counsel for Defendant Harjit Singh Gill, Jefferson Coulter of Axios Law Group, PLLC.

//

//

MOTION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - C07-5244 RBL
44984-001\ 267403.doc                                   -1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## ORDER

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Attorney Patrick W. Rawnsley of Rawnsley & Fugate, P.C. be granted leave to withdraw as the attorney of record for Plaintiff American Mortgage Educators, Inc. in the above matter, and that Attorneys Bradford J. Axel and Karolyn A. Hicks of Stokes Lawrence, P.S., be substituted in his place.

DATED this 30th day of May, 2007.

_____
JUDGE/CLERK

Presented by:

RAWNSLEY & FUGATE, P.C.

By: _____
Patrick W. Rawnsley (WSBA #34879)
Withdrawing Attorneys for Plaintiff
American Mortgage Educators, Inc.

Substitution Accepted:

STOKES LAWRENCE, P.S.

By: _____
Bradford J. Axel (WSBA #29269)
Karolyn A. Hicks (WSBA #30418)
Attorneys for Plaintiff American Mortgage
Educators, Inc.

800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
(206) 626-6000
Fax: (206) 464-1496

MOTION AND ORDER GRANTING LEAVE FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - C07-5244 RBL
44984-001\267403.doc                                -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000